IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 11-cv-01626-CBS-KMT

KYIRA WONGSUDIN,
    Plaintiff,
v.

HOLY SUSHI, INC., d/b/a Japango, a Colorado corporation,
    Defendant.
_____

ORDER OF REFERENCE AND ORDER
_____

    This civil action comes before the court on several matters.

I.    Consent to Proceed by Magistrate Judge

    On October 12, 2011, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* Doc. # 19).  This civil action will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.  All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 11-cv-01626-CBS-KMT**.

II.    Order of Reference

    The Order of Reference dated June 23, 2011 (Doc. # 2) is hereby VACATED.

This matter is now referred to United States Magistrate Judge Kathleen M. Tafoya *for settlement purposes only*, to convene such settlement conferences and direct any related proceedings as may facilitate settlement of this case. A settlement conference is currently set on December 6, 2011 at 1:30 p.m. in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya.

III.　Order

　　A.　The deadlines, discovery limitations, and schedule set forth in the Scheduling Order dated October 11, 2011 (Doc. # 16) remain unchanged.

　　B.　**A Status Conference shall be held** by Magistrate Judge Shaffer in Courtroom A-402, 4th Floor, **on Thursday December 15, 2011 at 9:15 a.m.** to review the Scheduling Order and set a Final Pretrial Conference and a trial date. Plaintiff Mr. Wongsudin and counsel for Defendant shall appear in person at the Status Conference.

　　DATED at Denver, Colorado, this 17th day of October, 2011.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　s/Craig B. Shaffer
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge