IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 11-cv-01626-CBS-KMT

KYIRA WONGSUDIN,
    Plaintiff,
v.

HOLY SUSHI, INC., a Colorado corporation doing business as Japango,
    Defendant.
_____

ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

This civil action comes before the court on the parties' "Stipulated Motion to Dismiss with Prejudice" (filed November 30, 2011) (Doc. # 22). On October 12, 2011, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (See Doc. # 19). The court now being sufficiently advised in the premises, IT IS ORDERED that:

    1.    The parties' Stipulation is approved and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear his or its own attorney fees and costs.

    2.    All deadlines and settings in this case are hereby vacated.

DATED at Denver, Colorado, this 30th day of November, 2011.

                                        BY THE COURT:

                                        s/Craig B. Shaffer
                                        United States Magistrate Judge